```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 10-cr-162-PB

**Fathelrahman Hassan**

                          ]

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for January 4, 2011, citing the need for additional time to finalize plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from January 4, 2011 to March 8, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A)

that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 21, 2010 final pretrial conference is continued to February 22, 2011 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 23, 2010

cc: Jessica Brown, Esq
 Alfred J.T. Rubega, AUSA
 United States Probation
 United States Marshal